# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2848
LT Case No. 10-2012-CF-000645-A
_____

JOHN BRICKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.801 Appeal from the Circuit Court for Clay County.
Steven Whittington, Judge.

John Bricker, Raiford, pro se.

James Uthmeier, Attorney General, and Daren Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

November 18, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————